# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MARC IRWIN SHARFMAN, M.D., P.C. a Florida corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> SALUS MEDICAL, LLC, an Arizona limited liability company, <br><br> Defendant. | Civil Action No.: 6:20-cv-02129-RBD-LRH |

## NOTICE OF SETTLEMENT

Plaintiff, MARC IRWIN SHARFMAN M.D., P.A., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. Plaintiff anticipates filing a Notice of Voluntary Dismissal once the settlement has been finalized, within the next sixty days.

Respectfully submitted,

MARC IRWIN SHARFMAN M.D., P.A., individually and as the representative of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
rkelly@andersonwanca.com
Email: rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly